IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT L. DOAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 09-0260-CG-N |
| | ) | |
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on the defendant's motion to stay proceedings and extend time to respond to the complaint pending transfer of this action pursuant to 28 U.S.C. § 1407, to In re Avandia Marketing, Sales Practices & Products Liability Litigation, MDL No. 1871 (Doc. 6). Attached to its motion was a copy of the Notice of Potential Tag Along Actions issued by the Judicial Panel on Multidistrict Litigation on May 20, 2009, which includes a schedule listing the above-styled case as a potential tag-a-long case.

Upon due consideration, the defendant's motion is **GRANTED**. This action hereby is **STAYED** pending receipt of the MDL Panel's transfer order. This stay will remain in effect until the court is notified of the MDL Panel's decision concerning transfer. Should this action be rejected by the Panel on Multidistrict Litigation as a tag-a-long case, the defendant shall file its answer to the complaint within ten (10) days of notification of such.

**DONE and ORDERED** this 11th day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE